# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NIKCI BOYD,<br>　　　Plaintiff,<br>vs.<br>ROBERT O'BRIEN,<br>　　　Defendant. | Case No. 2:13-cv-01306-JAD-NJK<br><br>**ORDER** |

　　　Plaintiff, who is a prisoner in custody at the Clark County Detention Center, see 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did she submit an application to proceed in forma pauperis with a financial certificate and a copy of her inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

　　　IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

1     IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which she either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED: August 16th, 2013

_____
JENNIFER A. DORSEY
United States District Judge