# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NIKCI BOYD,

    Plaintiff,

vs.

ROBERT O'BRIEN,

    Defendant.

Case No. 2:13-cv-01306-JAD-NJK

**ORDER**

        Plaintiff, who is a prisoner in custody at the Clark County Detention Center, see 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did she submit an application to proceed in forma pauperis with a financial certificate and a copy of her inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

        IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

-2-

1   IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2  commencement of a <u>new</u> action in which she either pays the filing fee in full or submits a complete
3  application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a
4  statement of his inmate account. The clerk of the court shall enter judgment accordingly.

5   DATED: August 16th, 2013

```
                                        _____
                                        JENNIFER A. DORSEY
                                        United States District Judge
```